# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Equal Employment Opportunity Commission
                                                    Plaintiff,

v.                                                  Case No.: 1:01−cv−04427
                                                    Honorable Joan B. Gottschall

International Profit Associates, Inc.
                                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 8, 2012:

    MINUTE entry before Honorable Joan B. Gottschall: It is hereby ordered that this action and related cases 02 C 2790 and 02 C 4281 are dismissed pursuant to Consent Decree entered 3/2/2011. Civil case terminated. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.